**Order entered January 31, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00118-CV

### RMAX OPERATING, LLC, Appellant

### V.

### GAF MATERIALS CORPORATION OF AMERICA, Appellee

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-04125**

## ORDER

Before the Court is appellee's January 30, 2017 unopposed second motion for extension of time to file appellee's brief. Appellee's motion is **GRANTED**. Appellee's brief shall be filed by February 20, 2017. We caution appellee that further requests for extension of time will be disfavored. .

/s/      ELIZABETH LANG-MIERS
JUSTICE